# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ROBERT CSECH, | 3:19-cv-0288-MMD-CLB |
| Plaintiff, | |
| vs. | **ORDER APPOINTING COUNSEL** |
| DR. MCKEE, *et al.*, | |
| Defendant. | |

On January 28, 2021, this court appointed Nicole Levy, Esq. of the ACLU of Nevada as pro bono counsel for plaintiff. Therefore, plaintiff's motions file pro se (ECF Nos. 11, 12, 13, 21, 25, 28) are hereby **DENIED without prejudice.**

DATED: February 1, 2021

_____
UNITED STATES MAGISTRATE JUDGE