# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ROBERT CESCH,

        Plaintiff,

vs.

DR. MCKEE, *et al.*,

        Defendant.

3:19-cv-0288-MMD-CLB

**ORDER**

At the request of plaintiff, counsel was appointed in this case (ECF No. 31). Pursuant to Local Rule IA 11-6, a party who is represented by an attorney cannot appear or act in the case. Therefore, plaintiff's notice to the court (ECF No. 35) is hereby **STRICKEN**.

DATED: February 22, 2021

_____
Carla Baldwin
UNITED STATES MAGISTRATE JUDGE

## **APPOINTMENT RESPONSE FORM**

Pursuant to Section 1(c) of the Pro Bono Program ("Program"), any attorney who has indicated that he/she is willing to take on specified pro bono representation shall return the following form within thirty (30) days after accepting the appointment. The form shall be returned to the designated Pro Bono Liaison. THE FORM SHALL NOT BE FILED ELECTRONICALLY OR SENT TO ANY JUDGE ASSIGNED TO THE CASE. Upon receipt of the form, an order of appointment will issue if representation is accepted. If representation is not accepted, the case will be removed from the Program.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Please check all that apply:

\_\_\_ Representation of _____[litigant] for all purposes is accepted.

\_\_\_ Representation of _____[litigant] for the limited purpose of_____is accepted.

\_\_\_ Undersigned counsel has conferred with, who has indicated agreement to representation for the purposes identified herein.

\_\_\_ Undersigned counsel has entered into a contingency agreement or other arrangement with _____ [litigant]. In the event of a contingency agreement or other fee

arrangement, the undersigned acknowledges that this case is not eligible for prepayment or reimbursement of costs under the Pro Bono Program Rules.

___ Undersigned counsel has conferred with _____[litigant], who has indicated that [he/she] does not agree to representation for the purposes identified herein.

_____
Attorney Name
Law Firm
Address
Telephone Number
Fax Number
Email Address