UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ROBERT CSECH, | Case No. 3:19-cv-00288-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MCKEE, *et al.*, | |
| Defendants. | |

Plaintiff Robert Csech submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 4.) Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Carla L. Baldwin (ECF No. 61), recommending that Defendant Denise McKee's motion for summary judgment (ECF No. 52) be granted. Csech had until October 15, 2021, to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R and will close this case.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

///

Because there is no objection, the Court need not conduct *de novo* review, and is satisfied Judge Baldwin did not clearly err. Here, Judge Baldwin recommends granting McKee's motion for summary judgment as Csech failed to exhaust his administrative remedies pursuant to Administrative Regulation 740 and he further failed to show anyone at the NDOC restricted him from accessing grievance forms. (ECF No. 61 at 8-10.) The Court agrees with Judge Baldwin. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Carla L. Baldwin's Report and Recommendation (ECF No. 61) is accepted and adopted in full.

It is further ordered that Defendant Denise McKee's motion for summary judgment (ECF No. 52) is granted

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 20th Day of October 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE